JUSTICE McCLANAHAN, concurring in part and dissenting in part.
 

 I concur in that part of the majority's holding in which it affirms the Court of Appeals' judgment sustaining Wright's conviction for larceny from the person. I disagree, however, with the majority's holding that the evidence was insufficient to support Wright's convictions of felony malicious bodily injury by use of a caustic substance, assault and battery of a law enforcement officer, and obstruction of justice. I would affirm the judgment of the Court of Appeals upholding those convictions for the reasons stated in its opinion,
 
 Wright v.
 

 Commonwealth
 
 , Record No. 0585-13-3,
 
 2014 WL 6428302
 
 , at *3-4, 2014Va. App. LEXIS 376, at *8-10 (Nov. 18, 2014) (unpublished).
 
 *
 

 I do not believe Deputy Christopher Greathead's testimony established that both of Robert's hands were in the air and entirely visible to Deputy Greathead when the gas was released. And it is not clear to me that the Court of Appeals believed otherwise-the opinion does not suggest that only Wright could have released the gas. Regardless of whether one or both of Robert's hands were visible to Deputy Greathead when the gas was released, I agree with the Court of Appeals that "[t]here was ample circumstantial evidence ... from which the jury could draw a reasonable inference that Wright was in the basement of the house and was an active participant in the crimes for which he was convicted."
 
 Id.
 
 at *3, 2014 Va. App. LEXIS 376, at *8.